IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY LEE LYNN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 07-1622 |
| v. | : | |
| WILLIAM TOBIN, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 7th day of July, 2009, upon consideration of the Defendant's Motion to Dismiss (Doc. No.14), it is hereby ORDERED as follows:

1. Defendants' Motion to dismiss is GRANTED;

2. Plaintiff's Complaint is DISMISSED without prejudice;

2. Plaintiff is given thirty (30) days from the date of this Order to file an amended Complaint.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.